NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1046

RACHEL MARTIN, as natural tutrix
of her minor son, COURTNEY MARTIN

VERSUS

DIRECT GENERAL INSURANCE
COMPANY OF LOUISIANA, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2001-4072
HONORABLE JOHN DAMIAN TRAHAN, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and Arthur J. Planchard,[*] Judges.

**AFFIRMED.**

Kim Segura Landry
Frank Joseph Achary
Sue Buser
Adair, Schuerman & White
1518 Highway 30 East
Gonzales, LA  70737
(225) 644-6100
Counsel for Defendant/Appellee:
    Direct General Insurance Company of Louisiana

---

[*]Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *pro tempore*.

**Archie Paul Joseph**
**Attorney at Law**
**P. O. Box 1283**
**Breaux Bridge, LA 70517**
**(337) 332-5287**
**Counsel for Plaintiff/Appellant:**
**Rachel Martin, as natural tutrix**
**of her minor son Courtney Martin**

**Bret Thomas Walsh**
**Bret Walsh & Associates**
**10225 Florida Boulevard**
**Eighth Floor, Suite 802**
**Baton Rouge, LA  70815**
**(225) 272-7474**
**Counsel for Defendant/Appellee:**
**Direct General Insurance**
**Company of Louisiana**
**Jennifer Broussard**